IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RYLAN M.,** by **ANGELA M. AND BRIAN W.,** | : | **Civil No. 1:16-CV-1260** |
| Plaintiffs, | : | |
| v. | : | |
| **DOVER AREA SCHOOL DISTRICT** | : | |
| Defendant. | : | **Judge Sylvia H. Rambo** |

# O R D E R

In accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED** that Plaintiffs' motion for judgment on the administrative record (Doc. 9) is **DENIED**. The Clerk of Court shall enter judgment for Defendant and against Plaintiffs consistent with this order and shall close this file.

                                                  s/Sylvia Rambo
                                                  SYLVIA H. RAMBO
                                                  United States District Judge

Dated: May 9, 2017